# EXHIBIT 1

To whom it may concern,

      This letter is in regards to Jake Blankenheim, a long time coworker and one I consider a friend.  I was Jake's direct supervisor at Plastic Ingenuity for over 10 years, and during that time admired his knowledge and willingness to work with and train new employees given his extensive experience.  He was always very patient and understanding when working with new people and all seemed to be very grateful of his training.  Many times Jake was also asked to learn and train on some of the more non-standard machinery, including a multi-million dollar German made machine that nobody in the company had any experience with prior to its arrival.  Jake embraced the challenge and went on to be the most competent running the machine as well as the go-to guy to teach others how to run it.

      Overall, I wish the best for Jake in his current situation; and while I do not know all the details I hope it can come to a conclusion that is fair for him given what I know of the person that he is.  I hope this letter will do something to help.

Ben Vreibel

Plant Manager

Plastic Ingenuity – Utah