# EXHIBIT 2

Dear Honorable James D. Peterson

I am Jake Ryan Blankenheims mother.   Jake is my only child.   Jake and I moved in together when my health was failing about 7 yrs. ago.   It turned out to to be a long road with cancer.   Four years of chemo, surgery, a second cancer, radiation,   He's been there for a lot of horrible days and nights.   He never let me give up.   Encouragement, financial support, and at times a little sarcastic remarks to keep me going.   Basically he only went to work and came home it wasn't what was planned.

Jake's had depression all his life.   He had a bad marriage.   His wife was verbally and sometimes physically abusive alcoholic.   He never fought back just left till things calmed down.   After tickets, accidents, and an affair with his friend he got divorced. He lost his house and had to file bankruptsy. The moving in with me was supposed to be a new start.   It was my house but he would pay all the bills and taxes and repairs. Then he gets tied down with taking care of me. It was hard.

Growing up he always had animals every kind.   He took care of them and even raised a few orphaned ones.   His dad and I were divorced and he was an avid hunter. Jake tried hunting with him but it wasn't his nature.   He ended up not having a relationship with his father because of their differences.

As a teenage he spent his spare time working on cars with his grandfather and his friends.   He never got into the drinking and drugs so I never had to worry and always knew where he was.   He worked after school at 16.   He worked his way up and stayed at this business for 30 yrs. After going over his absentee days by 2 days last year he was let go.   They said for him to reapply but it was such a shock for him.    He lost everything and he worry's about me and what will happen with me.

People have always told me how nice he was.   He would have conversations with them instead of just nodding and walking by.   I've always been proud of the way he treats older people.   Something you don't see these days.

I depend on Jake and love him.   I know the rest of my family are there for me but they have their lives.   I know I haven't helped his depression or his high blood pressure but there are times where there is hope.

Thank you, for letting me tell you a little bit about my son

Holly Blankenheim

3122 Springfield Road

Cross Plains, Wi. 53528   608-445-0230