# EXHIBIT 3

**Perry Brokaw**

215 East River
Muscoda,WI 53573
(6080444-9592
brokawphotography@gmail.com

March 13th 2022

**The Honorable Judge James Peterson**
In care of Mark A Eisenberg Attorney of Law
Madison, WI

Judge Peterson

I have personally known the defendant Jake Ryan Blankenheim since 1991.
Over thirty years of friendship,trust and camaraderie in what seems like a very
brief period of time. I have attended his wedding,family funerals and many
other close family functions. Although he is not a blood relative. Nevertheless
he is a brother to me in heart and spirit.

Jake has been a mentor and guide through my lifetime of knowing him. Once
during a downturn in my life Jake was there tirelessly to help me through the
angst and struggles I was dealing with. I will never forget this monumental act
of kindness.

This man that stands before you is a genuine one of a kind man who is tireless
in helping see the best in people and lifting them up when they slip and
stumble off the beaten path of life.

Sincerely,

Perry Alan Brokaw

## Mark Eisenberg

**From:**      ZIRN SILAS <silas.zirn@gmail.com>
**Sent:**      Monday, July 11, 2022 10:07 AM
**To:**        Mark Eisenberg
**Subject:**   Jake Blankenheim

Dear Honorable Sir or Madam,

I'm writing this letter in reference to Jake Blankenheim, who is appearing before your court for possession and distribution of illicit materials.

I have been acquainted with Jake for 4 years after meeting him through a mutual interest in vehicle fabrication (specifically Jeeps and custom off-road vehicles). Our friendship developed primarily through sharing of our own project build details, interesting pictures and projects from the internet, and generally humorous content through online messages and text. Jake has always been very up to date on current events, various shows, music, and movie content and lives a very online connected existence. In addition he is a committed and hard worker putting in long hours at work and in his shop fabricating his Jeep Comanche off-road race truck and various other vehicle modification projects. I have come to very much appreciate his attitude and caring disposition. We have had many long debates about the world and its complications. I have always found Jake to be very intelligent, level headed, insightful, and genuine. He is also a highly dependable and caring person and for these reasons I asked Jake if I could write this letter on his behalf.

I know Jake has been in a difficult position these last two years and has remained generally positive and I believe hopeful the system would exonerate him as a misunderstanding. I had many reservations initially about our friendship and its future when I came across the charges presented to Jake. I have had several conversations with Jake about the circumstances that brought on this situation and believe that the legal system will see his side with all the facts presented. Knowing this is a difficult subject and my belief in the high moral character of Jake, as I have known him to be prior and during this time of his life, I hope the court sees him for the person he is and recognizes the potential issues and unintended dangers present on using and sharing content on the internet. I have asked Jake to consider working for me going forward to help get my engineering and manufacturing business off the ground. I believe in him as a person and look forward to working with him both personally and professionally going forward once this has been resolved.

Thank you for your consideration and candor overseeing these proceedings.

Silas Zirn

Honorable Judge Peterson

I shared a house with Jake Blankenheim and his mother.   We lived together 10 plus years from the time he was 8 yrs. old till my marriage. I watched Jake grow up.   I consider them family.

I wasn't used to kids or animals.   Jake was very good with his animals giving them lots of love and attention.

Jake was respectful of my being there from little on.   When he had friends over he'd make sure they respected my area and did not disturb me.

We spent alot of time together. we ate meals, shopped, watched tv, etc.    I really got to know Jake.   I had a stroke a number of years ago.   After that Jake and his mother would come and get me and helped me come back to normal.   He was grown by then.   It was not something he had to do.

I know Jake has a good heart.   I've watched it with his mom, his pets, and even myself. I support him as do all his family and friends.

Sincerely;

Debra Callahan

3612 Niebler Lane

Middleton, Wi. 53562

(608)836-0196

Dear Honorable Judge James Peterson

Jake Blankenheim is my nephew.   I am 87 years old.   My daughter and grandson live with me.

Our family has always lived close to each other.   Jake spent alot of his time learning from little on about cars and trucks from his grandfather.   He would rather have his head under the hood of a car than anything else.   I sat for him as a child and nicknamed him digger.   He was always digging for answers of how things worked. He'd take cars apart just so he could put them back together.

He never got into the drinking, drugs, smoking, or other things kids get into.   I have friends that would comment on what a nice kid and man he was.   I've never known him to have anything but respect for my friends.

He's personally helped me and my daughter by working on our vehicles to keep them running.   Without his help we wouldn't have been able to have repairs done in a timely manner.

He also supports and cares for my sister through her cancer and treatments.   Without him I don't know where she would be now.   I watched Jake grow he's never caused her trouble and he's stayed close to help her.

We love and support Jake.


Yours truly;

Darlene Capel

1817 Cross Street

Cross Plains, Wi. 53528

608-438-0030

•

To The Honorable Judge James Peterson

Jake Blankenheim is my cousin.

Jake has helped my mother and myself with our vehicles a number of times. We"ve turned to him for help in basically emergency situations.   Breakdowns, needing to get to work, appointments, etc.   He's never said no to helping us.   I would not hesitate to ask his opinion on whatever arose.

We do what we can for my aunt, but he's the one there night and day for her.   I know its been pretty rough on both of them with the years of cancer and chemo.   Constant up and down days.

When Jake was young he was close to my oldest sister (now deceased).   She was in a wheel chair from a young age.   Jake would go everywhere with her.   Even at a young age he knew to stick close to her side.   He was either holding on or pushing.   My mother would worry that he would take off in a busy area but there was never any cause to worry.   I think it was his job to watch her.

Jake was close to our grandfather and grandmother.   There probably was not a day he didn't see one of them even as adult till their passing.   He had quite a bond with his grandfather over their interest in cars.   They worked for years on one vehicle re-building it from the ground up every inch.

Yours truly;

Jaye Capel

1817 Cross Street

Cross Plains, Wi.

608-577-8500

Chris Schulenberg

28 W Exchange St

Mazomanie WI 53560

608-843-9847

Schulenbergchris@yahoo.com


July 9, 2022


Re: Mr. Jake Blankenheim


To The Honorable Judge James Peterson,


I am writing on behalf of Jake Blankenheim. Mr. Blankenheim and I have been friends for at least 35 years. We worked together for over 10 years. I am both surprised and troubled by the charges against Mr. Blankenheim as he has always been a great guy. For this reason, I am happy to write a letter of reference for Mr. Jake Blankenheim regarding this matter. I understand the seriousness of this matter, however, I hope the court will show some leniency.

Jake Blankenheim has always been a good-natured, dependable, simple person and good friend. He is not one for causing or getting into trouble. Jake is the type of person that would give you the shirt off his back if you needed it. Jake made it a point to be there for my mother and family during her last months with us. This was very comforting to both my mother and my family.

In addition to our friendship, he is an upstanding guy. It is unfortunate that he made some bad decisions, and this happened, resulting in this case. Since this happened, Jake has shown remorse for his actions. This has weighed heavy on his mind for the last year.

It is my sincere hope that the court considers this letter at the time of sentencing. Despite the current case, I still believe that Jake Blankenheim is an honorable individual, a valued friend, and a good person.


Sincerely,

Chris Schulenberg

July 14, 2022

The Honorable James D. Peterson
Chief US District Judge
120 N Henry Street
Madison, WI 53703


Dear Judge Peterson,


I'm writing you in regards to my cousin Jake Blankenheim.  As Jake is my older cousin, I've known him my entire life.  What I know of Jake is that he is kind, thoughtful, caring and has always treated me and my family with respect.  Jake has meaningful friendships with his friends and anytime I've needed anything, Jake has been there.  Jake is a compassionate person and an animal lover.  I feel that my experience with Jake is that  he's trustworthy and has been a productive member of society.  He is living with his mother and is her primary support, as she has medical issues that make her need him to assist with household items and at times assistance to appointments.  He financially helped to carry the household.

I very much appreciate you taking the time to read my thoughts about Jake.  I wish everyone knew the Jake that we all know.


Thank you,


Rochelle Kruchten