# EXHIBIT 4

June 22, 2022

The Honorable James D. Peterson

Chief U.S. District Judge

120 N. Henry St.

Madison, WI  53703

Dear Judge Peterson,

I am writing this letter on behalf of Jake Ryan Blankenheim and I appreciate the opportunity. I am Jake's cousin and have been close with him throughout his life and have known him to be reliable, trustworthy and a decent person.

Jake is scheduled to be sentenced at the end of July for charges I have yet to wrap my head around. I am troubled by this case primarily because this in no way in my opinion reflects on the type of person Jake is and is so uncharacteristic of the person I have known for the last 48 years. I understand the seriousness of this matter and although I know that no one is without their faults, I have known Jake to be thoughtful, respectful and someone who has lived life by the rules and who has not previously been in trouble. Jake has a small extended family he is close with. It has been difficult for all of us to say the least.  It has been especially difficult for his mother who is currently fighting cancer. Jake shares a home with his mother and she relies on him for financial, emotional and physical support.

I want to thank you for your time and attention regarding this matter.

Sincerely,

Janel Kruchten